

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00710-CR

Roger **JIMENEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR9353
Honorable Raymond Angelini, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Counsel's motion to withdraw is GRANTED.

SIGNED February 7, 2024.

_____
Lori I. Valenzuela, Justice